John Trotter
Reg. No. 04237-015
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

August    , 2005

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: C.A. No. 05-40001-MLW

Dear Clerk,

On August 10, 2005, I received correspondence from the court regarding a Civil Action I filed under 28 U.S.C. § 1331, informing me that said petition was changed to a Writ of Habeas Corpus under 28 U.S.C. § 2241 "Because Trotter contests the execution of his sentence." That was not my intention. What I am in fact contesting is my forced participation in the MANDATORY Sex Offender Management Program (SOMP) here at Federal Medical Center, Devens; which was not a part of my sentence, and I feel has violated my rights in many ways, all set forth in my original complaint.

As I am not learned in the law and representing myself Pro Se, can you please either change my petition back to the original Civil Action under 28 U.S.C. § 1331 as I intended it to be, or inform me as to what I must do to correct his misinterpretation of my petition. I ask the Honorable Court to take a liberal interpretation with regard to my petition.

Also, in a separate procedural order, Honorable Judge Mark L. Wolf denied without prejudice my application to proceed without prepayment of the filing fee. Granted, a $5.00 fee for a § 2241 filing fee is not a substantial amount of money, but it is my understanding the filing fee for a Civil Action is much more; $250.00? Therefore, I am also resubmitting an "Application to Proceed Without Prepayment of Fees and Affidavit" hopefully it will be approved for my § 1331 petition.

Thank you very much for your time and assistance. I look forward to hearing from you on this very important matter.

Sincerely,

John Trotter