**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**JOHN TROTTER,**
      **Plaintiff(s),**

   v

**DAVID WINN**
      **Defendants**

**CIVIL ACTION**
**NO.  05-40001-MLW**

**ORDER OF DISMISSAL**

**WOLF, D. J.**

In accordance with the Court's Electronic Endorsement allowing the defendant's motion to Dismiss, docket No. 10, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice as to the defendant, David Winn.

                                                      By the Court,

**November 16, 2005**                                        **/s/ Dennis O'Leary**
     **Date**                                                          **Deputy Clerk**

(dismiss-endo.wpd - 12/98)                                                                              [odism.]